Ida R. Miller and Elizabeth Kohn, appellees, v. Donald I. Graham, appellant. Gen. No. 29,291.

Action of forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 24, 1924.

William T. Pridmore, for appellant; J. Lester Williams, of counsel. Wolf & Love, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Antonio DeStefano, appellee, v. Associated Fruit Company, appellant. Gen. No. 28,890.

Action to recover balance due on rescinded contract of sale. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 15, 1925.

Wetten, Pegler & Dale, for appellant; Orville R. Seiter, of counsel. Dawson & Dawson, for appellee; Mitchell Dawson, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

De Forest Bowman, appellant, v. Anthony W. Woolley, appellee. Gen. No. 28,959.

Action on promissory note. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Claire C. Edwards, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed December 24, 1924.

Moss & King, for appellant. Poulton & Green, for appellee; John J. Poulton, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Electric Service Construction Company, appellee, v. Walter Gorman, appellant. Gen. No. 29,039.

Action for goods sold and delivered and on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Weinberg & Greatman, for appellant. Edmond W. Pottle, for appellee.

Mr. Justice Taylor delivered the opinion of the court.